| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Webster, Joe L. | 2. Court or Organization<br><br>NC Middle District | 3. Date of Report<br><br>02/25/2015 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination        Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>323 E. Chapel Hill St. Durham, NC 27701 | | |
| *IMPORTANT NOTES:* The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information. Insert signature on last page. | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Board of Directors | Kenya Javon Webster Memorial Scholarship, Inc. fund 501(c)( 3) |
| 2. | Board of Directors | NC Bar Association BarCares |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | 11/13/2006 | Teachers' and Statge Employees' Retirement System with State of North Carolina No control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webster, Joe L. | 02/25/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | North Carolina Board of Law Examiners | $1,100.00 |
| 2. 2013 | North Carolina Board of Law Examiners | $300.00 |
| 3. 2012 | State of North Carolina | $95,042.59 |
| 4. 2012 | Campbell University Law School | $5,000.00 |
| 5. 2012 | Estate of Ruby Epperson Commission | $1,000.00 |
| 6. 2012 | Goodwill Baptist Church | $100.00 |
| 7. 2012 | New Hope Baptist Church | $200.00 |
| 8. 2012 | North Carolina Board of Law Examiners | $350.00 |
| 9. 2011 | State of North Carolina | $98,151.02 |
| 10. 2011 | Campbell University Law School | $5000.00 |
| 11. 2011 | North Carolina Board of Law Examiners | $300.00 |
| 12. 2011 | Goodwill Baptist Church | $100.00 |
| 13. 2011 | Zion Baptist Church | $200.00 |
| 14. 2011 | Oberlin Baptist Church | $200.00 |
| 15. 2011 | Sharon Baptist Church | $150.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | University of North Carolina SALARY |
| 2. 2013 | University of North Carolina SALARY |
| 3. 2012 | University of North Carolina SALARY |
| 4. 2011 | University of North Carolina SALARY |

| Name of Person Reporting | Date of Report |
|---|---|
| Webster, Joe L. | 02/25/2015 |

5. _____

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | North Carolina Board of Law Examiners | August 2014 | Asheville, NC | Grading Bar Exam | Hotel, Food, Transportation |
| 2. | Law & Economics Center for George Mason University School of Law | October 2014 | Arlington, VA | Antitrust Law & Economics Institute for Judges | Hotel, Food, Transportation, Training Costs |
| 3. | North Carolina Board of Law Examiners | August 2013 | Sea Island, GA | Grading Bar Exam | Hotel, Food, Transportation |
| 4. | North Carolina Board of Law Examiners | August 2012 | Sea Island, GA | Grading Bar Exam | Hotel, Food, Transportation |
| 5. | North Carolina Board of Law Examiners | August 2011 | Sea Island, GA | Grading Bar Exam | Hotel, Food, Transportation |
| 6. | | | | | |
| 7. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webster, Joe L. | 02/25/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Ed Financial | ParentPlus Loan | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webster, Joe L. | 02/25/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | North Carolina State Employee's Credit Union (Cash) | A | Interest | J | T | | | | | |
| 2. | VOYA (formally ING Ultimate -403b -NO CONTROL | A | Int./Div. | J | T | | | | | |
| 3. | QuintaFlex ROTH IRA NO CONTROL | A | Interest | J | T | | | | | |
| 4. | PRINCIPAL LIFE INSURANCE POLICY - NO CONTROL | A | Int./Div. | J | T | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |
| 11. | | | | | | | | | | |
| 12. | | | | | | | | | | |
| 13. | | | | | | | | | | |
| 14. | | | | | | | | | | |
| 15. | | | | | | | | | | |
| 16. | | | | | | | | | | |
| 17. | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webster, Joe L. | 02/25/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Webster, Joe L. | 02/25/2015 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joe L. Webster**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544